IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   08-cv-02770-WDM-CBS

MARY CHEVALIER,

     Plaintiff,

v.

JASON HEAD, PLC, a Virginia Professional Limited Liability Company,

     Defendant.

---

## NOTICE OF STIPULATED DISMISSAL

---

Miller, J.

     This matter is before me on the Joint Stipulation for Dismissal with Prejudice (Docket No. 12) filed by the parties on April 24, 2009.  I construe this as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and accordingly take judicial notice that the complaint and counterclaims are dismissed with prejudice.

DATED at Denver, Colorado, on April 27, 2009.

                         BY THE COURT:

                         s/ Walker D. Miller
                         United States Senior District Judge

PDF Final