IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.      08-cv-02770-WDM-CBS

MARY CHEVALIER,

　　　Plaintiff,

v.

JASON HEAD, PLC, a Virginia Professional Limited Liability Company,

　　　Defendant.
_____

**ORDER**
_____

　　　This matter is before me on the Plaintiff's Motion to Re-Open Case to Enforce

Settlement Agreement (doc. no. 14), filed June 10, 2009.  Defendant has failed to

respond.  Being sufficiently advised in the premises it is ordered:

　　　1.  The motion is granted and this matter shall be re-opened; and

　　　2.  The status of the settlement agreement is referred to Magistrate Judge Craig

B. Shaffer for his report and recommendation.

　　　DATED at Denver, Colorado on July 6, 2009

　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　s/ Walker D. Miller
　　　　　　　　　　　　　　United States Senior District Judge