IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**COURT FILE NO.:08-cv-02770-WDM-CBS**

MARY CHEVALIER

       Plaintiff,

vs.

JASON HEAD, PLC, A VIRGINIA
PROFESSIONAL LIMITED LIABILITY COMPANY

       Defendant,

---

**ORDER**

---

This matter is before the Court pursuant to the Plaintiff's Unopposed Motion for Entry of Judgement.

Having read the Motion and being advised of its premises the Court finds as follows:

1. A settlement agreement was entered into by Jason Head, PLC, Jason Head and Mary Chevalier which was intended to settle the litigation. The settlement agreement called for payment in the amount of Seven Thousand Five Hundred Dollars ($7,500) from Defendant to Plaintiff.

2. This court has the power to summarily enforce a settlement agreement entered into by the litigants while the litigation is pending before it," United States v. Hardage, 982 F.2d 1491, 1496 (10th Cir. 1993).

3. Payment of One Thousand, Five Hundred Dollars ($1,500.00) has been made by Defendant.

4.  Judgement in the amount of Six Thousand Dollars ($6,000.00) shall enter in favor of Plaintiff and against Defendant.

DATED this 17th day of August, 2009.

BY THE COURT: